IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE MEHNER FAMILY TRUST; RAYMOND H. MEHNER; MARK A. MEHNER; ANDREA L. MEHNER; ANTHONY Q. MEHNER; and DANIELLE N. MEHNER,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION; KOZENY & MCCUBBIN, L.C.; WELLS FARGO BANK, N.A.; and REO ASSET MANAGEMENT COMPANY LLC,<br><br>Defendants. | 8:16CV367<br><br>ORDER |

This matter is before the Court on the plaintiffs' Motion to Continue (Filing No. 48) and Motion for Expedited Discovery (Filing No. 73). Plaintiffs' Motion to Continue is denied because their affidavit in support of the motion (Filing No. 50) does not identify any facts plaintiffs hope to discover that are essential to justify their opposition to REO Asset Management Company LLC's Motion for Summary Judgment (Filing No. 38). *See* Fed. R. Civ. P. 56(d). For the same reasons, Plaintiffs' Motion for Expedited Discovery is also denied. Plaintiffs have until March 6, 2017 to file their response to the Motion for Summary Judgment.

IT IS SO ORDERED.

Dated this 1st day of March, 2017.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge