IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE MEHNER FAMILY TRUST, RAYMOND H. MEHNER, MARK A. MEHNER, ANDREA L. MEHNER, ANTHONY Q. MEHNER, and DANIELLE N. MEHNER, | Case No. 8:16-cv-00367 |
| Plaintiffs, | MOTION TO WITHDRAW |
| vs. | |
| U.S. BANK NATIONAL ASSOCIATION, KOZENY & MCCUBBIN, L.C. A Missouri Limited Liability Corporation, WELLS FARGO BANK, N.A., and REO ASSET MANAGEMENT COMPANY LLC, Defendants. | |

COMES NOW Benjamin E. Maxell of the firm of GOVIER, KATSKEE, SUING & MAXELL, PC, LLO, and hereby moves the Court for an Order permitting him to withdraw as counsel of record for the Plaintiffs.

WHEREFORE, movant prays for an Order of this Court permitting his withdrawal as counsel.

DATED: December 17, 2018.

        THE MEHNER FAMILY TRUST
        RAYMOND H. MEHNER
        BARBARA A. MEHNER
        MARK A. MEHNER
        ANDREA L. MEHNER
        ANTHONY Q. MEHNER
        DANIELLE N. MEHNER
        Plaintiffs'

        By:   /s/ Benjamin E. Maxell     .
              Benjamin E. Maxell, #22689
              Govier, Katskee, Suing & Maxell, PC, LLO
              10404 Essex Court, Suite 100
              Omaha, Nebraska 68114
              ben@katskee.com
              Phone: (402) 391-1697
              Fax: (402) 391-8932

## CERTIFICATE OF SERVICE

     I hereby certify that on December 17, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

Douglas W. Krenzer
dkrenzer@lpdbhlaw.com
Matthew E. Eck
meck@lpdbhlaw.com
LOCHER PAVELKA DOSTAL
BRADDY & HAMMES, LLC
200 The Omaha Club
2002 Douglas Street
Omaha, Nebraska 68102

mpelster@crokerlaw.com
Martin Pelster
dskalka@crokerlaw.com
David J. Skalka
dtrue@crokerlaw.com
Derek C. True
CROKER, HUCK, KASHER, DeWITT
ANDERSON & GONDERINGER, L.L.C.
2120 South 72nd Street, Suite 1200
Omaha, NE 68124

jmorrow@mwklaw.com
James C. Morrow
MORROW WILLNAUER KLOSTERMAN
CHURCH, L.L.C.
8330 Ward Parkway, Suite 300
Kansas City, Missouri 64114

jjorgensen@mwklaw.com
Julie A. Jorgensen
MORROW WILLNAUER KLOSTERMAN
CHURCH, L.L.C.
1299 Farnam, Suite 250
Omaha, Nebraska 68102

                                             /s/ Benjamin E. Maxell      .