IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

THE MEHNER FAMILY TRUST,
RAYMOND H. MEHNER, MARK A.
MEHNER, ANDREA L. MEHNER,
ANTHONY Q. MEHNER, and
DANIELLE N. MEHNER,

Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION,
KOZENY & MCCUBBIN, L.C. A Missouri
Limited Liability Corporation, WELLS
FARGO BANK, N.A., and REO ASSET
MANAGEMENT COMPANY LLC,
Defendants.

Case No. 8:16-cv-00367

REPLY OF CHRISTOPHER
A. PFANSTIEL

Ms. Jorgensen is correct in her recent Motion for Miscellaneous Relief, I have made no attempt to pay a "sanction" as the Court's Order concerning same states: "each of the *defendants* is jointly and severally liable to K&M for sanctions in the amount of $6,544.50, which represent attorneys fees K&M reasonably incurred in preparing its Motion to Dismiss."(Emphasis Added) I am not now a defendant, nor have I ever been a defendant in these proceedings. I have only been Co-Counsel with Attorney Maxell, who, surprisingly, is not subject to the same or similar sanction as myself.

This Court's Order (Doc. 110) was published only after first soliciting from myself and the Mehner Plaintiffs a reply. In my reply, I specifically requested "that this

1

Court deny Defendants' request for attorney's fees" against myself and the same was ordered (sanction against the defendants).

I filed a Motion to Withdraw as Counsel, which was granted, long before the Court Order sanction was issued. Furthermore, I have not been able to open any attachments via Pacer at the time the Order was entered. I receive the Court's e-mails, but cannot open the attached Filings or Orders. No longer being a subscriber to Pacer, and no longer Counsel of record, an as an Inactive Attorney, service of the Court's Order has not occurred.

Wherefore, the undersigned respectfully submits his Reply.

Christopher A. Pfanstiel